

December 3, 2020

**VIA ECF**

Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Proimos v. Madison Property Group, LLC,* 1:20-cv-04832 (LJL)

Dear Judge Liman:

    We represent Plaintiff Alex Proimos in the above-captioned case and write to respectfully request that the Court adjourn the conference *sine die* in light of Plaintiff's filing of a motion for default judgment [Dkt. #13]

1) The original conference is scheduled for December 7, 2019 at 11:00 a.m.;

2) This is the first request for an extension;

3) No previous requests have been granted or denied;

4) The opposing party has defaulted;

5) There is no other conference currently scheduled and no other dates will be affected.

                                                Respectfully Submitted,

                                                **s/jameshfreeman/**
                                                James H. Freeman

                                                *Counsel for Plaintiff*

