UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ALEX PROIMOS,

                 Plaintiff,

             -against-

MADISON PROPERTY GROUP, LLC,
                 Defendant.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/11/2022

20 CIVIL 4832 (LJL)

**DEFAULT JUDGMENT**

It is hereby **ORDERED, ADJUDGED, AND DECREED**, That for the reasons stated in the Court's Opinion and Order dated April 11, 2022, the motion for default judgment is GRANTED. Judgment is entered in favor of Alex Proimos and against Madison Property Group, LLC in the amount of $539.00 for Defendant's copyright infringement under 17 U.S.C. § 501. Plaintiff shall also receive post-judgment interest on this amount accruing from the date of entry of judgment following the issuance of this Opinion "at a rate equal to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding the date of the judgment." 28 U.S.C. § 1961(a); accordingly, the case is closed.

**DATED**: New York, New York
         April 11, 2022

                                                                     **RUBY J. KRAJICK**

                                                                       **Clerk of Court**

                                               **BY**:
                                                                       **Deputy Clerk**